STATE of Missouri, Respondent,

v.

Brian K. DIERLING, Appellant.

No. WD 54181.

Missouri Court of Appeals, Western District.

June 23, 1998.

Motion for Rehearing and/or Transfer to Supreme Court July 28, 1998.

. Susan L. Hogan, Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., William J. Bryan, Asst. Atty. Gen., Jefferson City, for Respondent.

Before HANNA, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM.

Brian K. Dierling appeals the circuit court's judgment of his jury convictions of assault of a law enforcement officer in the first degree, § 565.081, RSMo 1994, and armed criminal action, § 571.015, RSMo 1994.

Judgment affirmed. Rule 30.25(b).